1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSWAITHE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al, | Case No.: C 04-4582 JSW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON** |
| vs. | |
| CHARLES ARNOLD RICKETTS, individually and doing business as PRO-LINE EXCAVATION, | |
| Defendant. | |

/ / / / / /

---

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No.: C 04-4582 JSW

- 1

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice, and request the Court to enter an order in conformity with their voluntary dismissal of the matter. The Defendant has not been served with the complaint and summons relating to this matter.

Dated this 17th day of May of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

Based upon the above and pursuant to Federal Rule of Civil Procedure 41(a), this matter is dismissed without prejudice.

Dated: May 18, 2005

/s/ Jeffrey S. White
_____
HONORABLE JUDGE JEFFREY S. WHITE

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No.: C 04-4582 JSW
- 2 -